**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| | ) | |
| CASITAS MUNICIPAL WATER DISTRICT, | ) ) ) | |
| | ) | No. 05-168 L |
| Plaintiff, | ) | |
| | ) | Hon. John P. Wiese |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' REBUTTAL EXPERT REPORTS**

Pursuant to the Court's Order of January 14, 2010 (Doc. 128), the United States submits the following rebuttal expert witness reports.

| Attachment | Description |
|---|---|
| A | Rebuttal Expert Report of Curtis E. Spencer, Consulting Civil Engineer, dated February 25, 2010 |
| B | Rebuttal Expert Report of Tasneem Chipty, Ph.D., dated February 25, 2010 |
| C | Rebuttal Expert Report of David Sunding, Ph.D., dated February 26, 2010 |
| D | Rebuttal Expert Report of Steven L. Thomas, P.E., dated February 24, 2010<br><br>    D-1 Rebuttal Expert Report, Part 1<br><br>    D-2 Rebuttal Expert Report, Part 2<br><br>    D-3 Rebuttal Expert Report, Part 3 |
| E | Rebuttal Expert Report of Steven J. Herzog, MAI, dated February 26, 2010 |

1

Dated:  February 26, 2010

Respectfully Submitted,

IGNACIA S. MORENO
Assistant Attorney General


s/ William J. Shapiro
WILLIAM J. SHAPIRO
KRISTINE S. TARDIFF
E. BARRETT ATWOOD
Trial Attorneys
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA  95418
(916) 930-2207 (phone)
william.shapiro@usdoj.gov

*Of Counsel:*

KAYLEE ALLEN
Department of the Interior, Office of the Solicitor

CHRISTOPHER KEIFER
National Oceanic and Atmospheric Administration